UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| MARLON ROMERO<br><br>Plaintiff(s),<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC., et al.<br><br>Defendant(s). | Case No.<br><br>5:19-cv-00744-SVW-PJW<br><br>**(PROPOSED) ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this: 7/25/19

_____
Honorable Judge of the District Court